**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **GEORGE WILLIAM MONTGOMERY, JR.** ) | |
| **ID # 1699766,**                    ) | |
|     **Petitioner,**           ) | |
| **vs.**                              ) | No. 3:13-CV-3805-G  (BH) |
|                                      ) | |
| **WILLIAM STEPHENS, Director,**      ) | Referred to U.S. Magistrate Judge |
| **Texas Department of Criminal**     ) | |
| **Justice, Correctional Institutions Division,** ) | |
|     **Respondent.**           ) | |

**ORDER**

Pursuant to *Special Order 3-251*, this case has been automatically referred for findings, conclusions, and recommendation. On November 18, 2013, it was recommended that this action be dismissed pursuant to Fed. R. Civ. P. 41(b) for want of prosecution because the petitioner had failed to submit the required certificate of trust account (CTA) in support of his application to proceed *in forma pauperis* and had failed to submit a legible habeas petition as ordered. The required CTA and a legible petition were received on November 26, 2013. The findings, conclusions, and recommendation dated November 18, 2013 (doc. 7), are therefore **VACATED**.

**SIGNED this 26th day of November, 2013.**

                                                                         IRMA CARRILLO RAMIREZ
                                                        UNITED STATES MAGISTRATE JUDGE